UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand and sixteen.

Before:     Reena Raggi,
                    *Circuit Judge.*
_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Plaintiff - Appellee, | Docket No. 16-132 |
| v. | |
| Prevezon Holdings Ltd., *et al.*, | |
| Defendants - Appellees, | |
| v. | |
| Hermitage Capital Management Ltd., | |
| Movant - Appellant. | |

_____

Defendants-Appellees have filed an unopposed motion for entry of an expedited briefing and argument schedule for this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. Movant-Appellant's opening brief and the appendix are due February 12, 2016; the Government's brief (should it choose to file one) is due February 15, 2016; Defendants-Appellees' answering brief is due February 26, 2016; Movant-Appellant's reply brief, if any, is due March 8, 2016. The appeal shall be heard as early as the week of April 4, 2016, subject to the approval of the presiding judge.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

